UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALONZO JAMICHAEL SEVERSON,

        Plaintiff,

   v.

WNBA, et al.,

        Defendants.

CASE NO. C25-1035-RSL

REPORT AND RECOMMENDATION

    Plaintiff filed a motion to proceed *in forma pauperis* (IFP) in this civil matter. Dkt. 1. However, he failed to provide sufficient information for the Court to consider his request to proceed IFP. Specifically, Plaintiff indicated he has no income, sources of money, or money on hand or in accounts, and $6,000 in monthly expenses, without describing those expenses.

    By Order dated June 6, 2025, the Court directed Plaintiff to file an amended IFP application, within twenty days of the date of the Order. Dkt. 4. The Court directed Plaintiff to provide complete and detailed financial information, and, if he has no means of support, to explain how he is able to meet basic expenses, including food and shelter. The Court stated that failure to comply may result in denial of IFP and/or dismissal of this matter.

    On June 13, 2025, Plaintiff submitted a second IFP application. Dkt. 5. In that application, Plaintiff again indicated he has no income, sources of money, or money on hand or in accounts. Plaintiff also indicated he had "0" monthly expenses, and wrote "N/A" in the

REPORT AND RECOMMENDATION - 1

portion of the form asking for any other information that would help explain why he could not pay Court fees or costs.

Plaintiff's second application, like his first, fails to provide sufficient information for the Court to consider his request to proceed IFP.  Nor has Plaintiff otherwise responded to the Court's Order.  Plaintiff therefore has not, to date, submitted a sufficient, fully completed IFP application, containing information that would allow for a determination of his qualification to proceed IFP.  The Court, accordingly, herein recommends that Plaintiff's motions to proceed IFP, Dkts. 1 & 5, be DENIED.  This action should proceed only if plaintiff pays the $405 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation.  If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **[15 days after the RR is signed]**.

Dated this 9th day of July, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2